IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WILLIE T. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>JOSH DECUR, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No. 6:20-cv-245-JDK-KNM<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** until Plaintiff can show that the conviction resulting from the challenged arrest been overturned, expunged by executive order, declared invalid in a state collateral proceeding, or called into question through the issuance of a federal writ of habeas corpus.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **19th** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE